Mamie Thompson, appellee, v. Chicago, Ottawa & Peoria Railway Company, appellant. Gen. No. 6,581.

Action to recover for personal injury in collision between train and carriage in which plaintiff was riding. Judgment for plaintiff. Appeal from the Circuit Court of LaSalle county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919. Rehearing denied and

opinion modified October 8, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Duncan & O'Conor, for appellant. D. R. Anderson and Butters & Clark, for appellee.

Mr. Justice Carnes delivered the opinion of the court.